ACCEPTED
04-15-00338-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/24/2015 12:10:36 PM
KEITH HOTTLE
CLERK

NO. 04-15-00338-CV

_____

IN THE COURT OF APPEALS
FOR THE FOURTH DISTRICT OF TEXAS
AT SAN ANTONIO

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/24/2015 12:10:36 PM
KEITH E. HOTTLE
Clerk

_____

*ARTHUR BUTCHER,*

*Appellant,*

**v.**

*CITY OF SAN ANTONIO BY AND THROUGH ITS AGENT, CITY PUBLIC
SERVICE BOARD OF SAN ANTONIO D/B/A CPS ENERGY,*

*Appellee.*

_____

**APPELLEE CPS ENERGY'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE BRIEF ON THE MERITS**

_____

Christine E. Reinhard
State Bar No. 24013389
Justin Barbour
State Bar No.24055142
SCHMOYER REINHARD LLP
17806 IH 10 West, Suite 400
San Antonio, Texas 78257
Phone:  (210) 447-8033
Fax:  (210) 447-8036

**ATTORNEYS FOR APPELLEE
CPS ENERGY**

1

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Appellee City of San Antonio by and through its Agent, City Public Service Board of San Antonio d/b/a CPS Energy ("CPS Energy") respectfully submits this Unopposed Motion for Extension of Time requesting an additional 14 days, until December 11, 2015, to file its Brief on the merits.

1.     This is Appellee CPS Energy's first request for an extension of time to file its Brief on the merits.  On November 24, 2015, counsel for CPS Energy conferred with Mr. Sam Beale, counsel for Appellant, who indicated Appellant does not oppose this Motion.

2.     Butcher filed his first Brief on October 13, 2015, but on, on October 28, 2015, filed an Amended Brief in accordance with the Court's October 16, 2015 Order to remedy certain omissions and deficiencies.

3.     Pursuant to Texas Rule of Appellate Procedure 38.6(b), Appellee's Brief would otherwise be due to be filed on November 27, 2015.

4.     Under Texas Rule of Appellate Procedure 55.7, Appellee CPS Energy respectfully requests a 14-day extension, until December 11, 2015, to file its Brief on the merits.

5.     Appellee CPS Energy requests this extension to allow its counsel an opportunity to fully analyze and brief the issues for its Brief on the merits.  This request is not made for undue delay, but so that justice may be done.

## PRAYER

Appellee City of San Antonio, acting through by and through its Agent City Public Service Board of San Antonio d/b/a CPS Energy, respectfully requests this Court grant it an extension of time until and including December 11, 2015, for the filing of its Brief on the merits, and award it such other and further relief to which it may justly be entitled.

Respectfully submitted,


*/s/ Christine E. Reinhard*
Christine E. Reinhard
State Bar No. 24013389
Shannon B. Schmoyer
State Bar No. 17780250
Justin Barbour
State Bar No. 24055142
SCHMOYER REINHARD LLP
17806 IH 10 West, Suite 400
San Antonio, Texas 78257
210.447.8033 (telephone)
210.447.8036 (facsimile)

**ATTORNEYS FOR APPELLEE**
**CPS ENERGY**

## CERTIFICATE OF CONFERRAL

As evidenced by my signature below, counsel for Appellee has conferred with counsel for Appellant. Appellant does not oppose this Motion.


*/s/ Justin Barbour*
Justin Barbour


## CERTIFICATE OF SERVICE

I hereby certify the foregoing document was electronically filed with the Clerk of the Court using the electronic case filing system of the Court. I further certify a true and correct copy of the foregoing was served via *email, first class mail, and UPS Next Day Air Delivery* on the following counsel of record on November 24, 2013:

Samuel C. Beale
5821 Southwest Freeway, Ste. 416
Houston, Texas 77057
samuel.beale@gmail.com
bealelawfirm@gmail.com


*/s/ Christine E. Reinhard*
Christine E. Reinhard